IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:10-CR-59-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GARY FRANCIS COOPER, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion for compassionate release under the First Step Act [D.E. 287]. The response is due not later than October 9, 2020.

SO ORDERED. This 18 day of September 2020.

JAMES C. DEVER III
United States District Judge